# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PATRICK DANG, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SAN FRANCISCO FORTY-NINERS, LTD., et al., <br><br> Defendants. | Case No.: 5:12-CV-05481 EJD <br><br> **ORDER VACATING CASE MANAGEMENT CONFERNCE** |

The above-entitled action is scheduled for a Case Management Conference on February 22, 2013. In light of Plaintiff's Motion to Dismiss the Class Action Complaint filed on February 5, 2013 (see Docket Item No. 29), the Court finds an appearance unnecessary at this time. Accordingly, the Case Management Conference and all other pretrial deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: February 19, 2013



EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-CV-03067 EJD
ORDER VACATING CASE MANAGEMENT CONFERNCE