| | |
|---|---|
| 1 | Roy A. Katriel, (SBN 265463) |
| | THE KATRIEL LAW FIRM |
| 2 | 4225 Executive Square, Suite 600 |
| | La Jolla, California 92037 |
| 3 | Telephone: 858-242-5642 |
| | Facsimile: 858-430-3719 |
| 4 | Email: rak@katriellaw.com |
| 5 | Ralph B. Kalfayan (SBN 133464) |
| | KRAUSE KALFAYAN BENINK & |
| 6 | SLAVENS LLP |
| | 550 West C Street, Suite 530 |
| 7 | San Diego, California 92101 |
| | Telephone: (619) 232-0331 |
| 8 | Facsimile: (619) 232-4019 |
| | Email:ralph@kkbs-law.com |
| 9 | |
| | *Attorneys for Plaintiffs Patrick Dang* |
| 10 | *And Michael Villa* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 15 | PATRICK DANG and MICHAEL VILLA, On Behalf of Themselves and All Others Similarly Situated, | Case No.: 5:12-cv-05481-EJD |
| 16 | | |
| 17 | *Plaintiff,* | **STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF PATRICK DANG'S INDIVIDUAL CLAIMS WITHOUT PREJUDICE AND WITHOUT AWARD OF COSTS AND ATTORNEYS FEES PURSUANT TO RULE 41(a)(1)(A)(ii) AND WITHDRAWAL OF PLAINTIFF PATRICK DANG AS CLASS REPRESENTATIVE** |
| 18 | v. | |
| 19 | | |
| 20 | SAN FRANCISCO FORTY-NINERS, LTD., et al. | |
| 21 | | Courtroom: 4 |
| 22 | *Defendant.* | Judge: Hon. Edward J. Davila |
| 23 | | |

The undersigned counsel, on behalf of all parties in the above-captioned action, hereby stipulate as follows:

WHEREAS, on October 24, 2012, Plaintiff Patrick Dang filed the original Class Action Complaint against the San Francisco Forty Niners, Ltd. and twenty-nine other individual teams of

1

the National Football League (collectively "the NFL teams"); the National Football League ("NFL"); National Football League Properties ("NFLP") (collectively "NFL Defendants"); and Reebok International, Ltd. ("Reebok");

WHEREAS, on June 10, 2014, by leave of Court, Plaintiff's counsel filed a First Amended Complaint to add an additional plaintiff class representative, Michael Villa;

WHEREAS, NFL Defendants and Reebok answered the First Amended Complaint on June 27, 2014;

WHEREAS, the filing deadline for Plaintiffs' Motion for Class Certification was postponed until September 9, 2014 and thus the class has not yet been certified;

WHEREAS, in May 2014 Plaintiff Patrick Dang communicated to counsel that he is experiencing significant health issues impairing his continued ability to act as class representative;

WHEREAS, Plaintiff Patrick Dang seeks voluntary dismissal without prejudice of his individual claims pursuant to Rule 41(a)(1)(A)(ii) and seeks to withdraw as a Named Plaintiff and proposed Class Representative;

WHEREAS, Plaintiff Michael Villa will remain as a Named Plaintiff and proposed Class Representative and will continue to prosecute this action;

WHEREAS, Plaintiff Patrick Dang has not previously dismissed an action in any court based on or including the same claims against Defendants;

The parties to the above-entitled action therefore hereby STIPULATE and AGREE, subject to Court approval, as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Plaintiff Patrick Dang may withdraw as Class Representative and voluntarily dismiss his individual claims without prejudice and without award of costs or attorney fees. This stipulated dismissal is effective upon the date of filing referenced

below. This stipulation does not affect Mr. Dang's obligations to respond to previously-served discovery requests. This stipulation also does not affect any other claims in this case, including but not limited to Plaintiff Michael Villa's individual claims and the proposed class claims.

RESPECTFULLY SUBMITTED AND DATED this 28th day of August, 2014.

/s/ Roy A. Katriel
Roy A. Katriel, Esq. (Bar No. 265463)
THE KATRIEL LAW FIRM
4225 Executive Square, Suite 600
La Jolla, CA 92037
(858) 242-5642 (telephone)
(858) 430-3719 (facsimile)
rak@katriellaw.com

/s/ Ralph B. Kalfayan
Ralph B. Kalfayan, Esq. (Bar No. 133464)
KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA 92101
(619) 232-0331 (telephone)
(619) 232-4019 (facsimile)
rkalfayan@kkbs-law.com

*Attorneys for Plaintiffs*

/s/ Derek Ludwin
Gregg H. Levy (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-6000 (telephone)
(202) 662-6291 (facsimile)
glevy@cov.com
dludwin@cov.com

*Attorneys for the NFL, NFLP, and the Individual NFL Clubs*

|   |   |
|---|---|
| 1 |   |
| 2 | /s/ Timothy Hardwicke |
| 3 | Timothy Hardwicke (*pro hac vice*)<br>LATHAM & WATKINS LLP |
| 4 | Willis Tower, Suite 5800<br>233 South Wacker Drive |
| 5 | Chicago, IL 60606<br>(312) 876-7619 (telephone) |
| 6 | (312) 993-9767 (facsimile)<br>tim.hardwicke@lw.com |
| 7 |   |
| 8 | *Attorneys for Reebok International, Ltd.* |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Roy A. A. Katriel hereby attests that concurrence in the filing of this document has been obtained.*

**IT IS SO ORDERED.**

Dated: August 29, 2014

Hon. Edward J. Davila
United States District Judge