IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL VILLA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff(s),<br><br>v.<br><br>SAN FRANCISCO FORTY NINERS, LTD., et. al.,<br><br>    Defendant(s). | CASE NO. 5:12-cv-05481 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (Docket Item No. 77), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for September 5, 2014, is VACATED.

**IT IS SO ORDERED.**

Dated: September 2, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-05481 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE