UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK DANG AND MICHAEL VILLA, on behalf of themselves and all others similarly situated,

    Plaintiffs,

    v.

SAN FRANCISCO FORTY NINERS, LTD., et al.,

    Defendants.

Case No.: 5:12-cv-5481 EJD

[PROPOSED] AMENDED ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENTS PROVISIONALLY UNDER SEAL

Having considered the Defendants' Administrative Motion to File Documents Provisionally Under Seal, and good cause appearing, the motion is hereby **GRANTED**.

IT IS HEREBY ORDERED that the Declaration of Kathy Hua shall be maintained provisionally under seal pending submission by plaintiff of a declaration in support of its further sealing as required under Civil L.R. 79-5(e)(1).

IT IS SO ORDERED.   This order supersedes docket item no. 118.

Dated: \_\_December 2\_\_, 2014

By: _____
Hon. Edward J. Davila
U.S. District Judge

[PROPOSED] AMENDED ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENTS PROVISIONALLY UNDER SEAL

Case No.: 5:12-cv-5481 EJD