**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL VILLA, On Behalf of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br>SAN FRANCISCO FORTY NINERS, LTD., ET AL.,<br><br>Defendants. | **Case No. 12-CV-05481- EJD**<br><br>**~~[PROPOSED]~~ JUDGMENT AND DISMISSAL WITH PREJUDICE**<br><br>**Hon. Edward J. Davila**<br>**Courtroom: 4, 5th Floor**<br>**Hearing Date: November 17, 2016**<br>**Hearing Time: 9:00 am** |

For the reasons set forth in the Order Granting Final Approval entered on November 17, 2016, all claims against all Defendants are dismissed with prejudice as to the Class Representative and as to all Class Members. Each Class Member shall be deemed to have granted Released Parties as defined in Section 1.48 of the Settlement Agreement a release of claims in accordance with Sections 6.1-6.6 of the Settlement Agreement. The Clerk is directed to enter this Final Judgment pursuant to Federal Rule of Civil Procedure 54(a). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: November 17, 2016

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE